[No. 70395-1-I.   Division One.   March 24, 2014.]

DONNA GARCIA ET AL., *Appellants*, v. JOEY'S 1983, INC., ET AL., *Defendants*, THE CITY OF PASCO, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-2-50280-0, Bruce A. Spanner, J., entered January 27, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Verellen, JJ.

[No. 71055-9-I.   Division One.   March 24, 2014.]

*In the Matter of the Personal Restraint of* RYAN N. FARRIS, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 71056-7-I.   Division One.   March 24, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JICOREY RICCARDO BRADFORD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04125-7, John A. McCarthy, J., entered July 11, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 43758-9-II.   Division Two.   March 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY HUMPHRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00344-9, Steven B. Dixon, J. Pro Tem., entered July 27, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Johanson, J.